# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0861.  RUFARO SMITH v. THE STATE.

Rufaro Smith was convicted of armed robbery, aggravated assault, and possession of a knife during the commission of a felony. Smith filed a motion for new trial, which the trial court denied, and this Court affirmed his conviction on appeal in an unpublished opinion. See Case No. A16A0833 (affirmed June 8, 2016). Smith subsequently filed an extraordinary motion for new trial, which the trial court denied. Smith then filed this direct appeal. We lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Smith's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,  01/13/2020
     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.